Certificate Number: 15517-GAN-DE-022110796

Bankruptcy Case Number: 13-70616



15517-GAN-DE-022110796

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 24, 2013, at 5:06 o'clock AM MST, BURKE A DAVID completed a course on personal financial management given by internet by ! Always Lowest Price! Bankruptcy Education, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Northern District of Georgia.

Date:   October 24, 2013            By:    /s/Katie Powers

                                    Name:  Katie Powers

                                    Title: Customer Care and Certificate Specialist

B23 (Official Form 23) (12/10)

# United States Bankruptcy Court
## Northern District of Georgia

In re __Burke A. David__                                                                Case No. __13-70616__
                                    Debtor(s)                                            Chapter __7__

## DEBTOR'S CERTIFICATION OF COMPLETION OF POSTPETITION INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

■ I, __Burke A. David__, the debtor in the above-styled case, hereby certify that on __October 24, 2013__, I completed an instructional course in personal financial management provided by __Bankruptcy Education LLC__, an approved personal financial management provider.

Certificate No. (if any): __15517-GAN-DE-022110796__.

☐ I, _____, the debtor in the above-styled case, hereby certify that no personal financial management course is required because of *[Check the appropriate box.]*:
   ☐ Incapacity or disability, as defined in 11 U.S.C.§ 109(h);
   ☐ Active military duty in a military combat zone; or
   ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor:  __/s/ Burke A. David__
                              Burke A. David

Date:  __October 25, 2013__

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 case, file within 60 days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)