## UNITED STATES BANKRUPTCY COURT

### Northern District of Georgia

In Re:  Debtor(s)
    **Burke A. David**
    1150 Collier Road NW
    Unit F7
    Atlanta, GA 30318

Case No.: **13−70616−wlh**
Chapter:  **7**

    **xxx−xx−0981**

## ORDER

    Because no party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. § 521(i)(2) and because the parties in interest should not be subjected to any uncertainty as to whether this case is subject to automatic dismissal under §521(i)(1), Debtor is not required to file any further document pursuant to §521(a)(1)(B) to avoid an automatic dismissal and this case is not and was not subject to automatic dismissal under §521(i)(1). This does not prevent any party in interest from requesting by motion that Debtor supply further information described in § 521(a)(1)(B), and this does not prevent the United States Trustee or Chapter 7 Trustee from requesting by any authorized means, including but not limited to motion, that the Debtor supply further information.

**SO ORDERED,** on November 20, 2013

*Wendy L. Hagenau*
_____
Wendy L. Hagenau
United States Bankruptcy Judge

Form 420

United States Bankruptcy Court
Northern District of Georgia

In re:                                                                   Case No. 13-70616-wlh
Burke A. David                                                           Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113E-9           User: holmesy              Page 1 of 1              Date Rcvd: Nov 20, 2013
                               Form ID: 420               Total Noticed: 12

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2013.
db           +Burke A. David,   1150 Collier Road NW,   Unit F7,   Atlanta, GA 30318-2940
aty          +Gary Moore,   Taylor Odachowski Schmidt & Crossland,   300 Oak Street,
               St. Simons Island, GA 31522-4737
aty           Gilbert B. Weisman,   Becket & Lee LLP,   16 General Warren Blvd.,   P. O. Box 3001,
               Malvern, PA  19355-0701
17509890     +American Express,   1030 Delta Blvd.,   Atlanta, GA 30354-1989
17664591      American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern PA 19355-0701
17509891     +Chase,   P.O. Box 15153,   Wilmington, DE 19886-5153
17509892      Citi Cards,   P.O. Box 183071,   Columbus, OH 43218-3071
17509893      Ducati,   Freedom Road Financial,   P.O. Box 4597,   Hinsdale, IL 60522-4597
17509894     +State of Texas,   Child Support Div,   P.O. Box 12017,   Austin, TX 78711-2017
17606878      Wells Fargo Home Mortgage,   PO Box 660455,   Dallas, TX 75266-0455

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +E-mail/Text: sross@wlaynglaw.com Nov 20 2013 21:25:24    William J. Layng, Jr.,
               William J. Layng, Jr., PC,   Suite 1500,   400 Galleria Parkway,   Atlanta, GA 30339-5953
ust          +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Nov 20 2013 21:25:01
               Office of the United States Trustee,   362 Richard Russell Building,   75 Spring Street, SW,
               Atlanta, GA 30303-3315
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           American Express Bank FSB,   c/o Becket and Lee LLP,   POB 3001,   Malvern, PA  19355-0701
                                                                                  TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2013                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2013 at the address(es) listed below:
              Gary Moore    on behalf of Debtor Burke A. David gmoore@tosclaw.com, agardner@tosclaw.com
              Gilbert B. Weisman    on behalf of Creditor    American Express Bank FSB notices@becket-lee.com
              Office of the United States Trustee    ustpregion21.at.ecf@usdoj.gov
              William J. Layng, Jr.    sross@wlaynglaw.com, ga34@ecfcbis.com
                                                                                             TOTAL: 4
```