## United States Bankruptcy Court
## Northern District of Georgia

### Request for Change of Address

Case Name: **Burke David**

Case No.: <u>13-70616-wlh</u>        Judge: <u>Wendy L. Hagenau</u>        Chapter: <u>7</u>

**Change of Address for**:
    Debtor <u>X</u>    Creditor ___    Attorney for Debtor___    Attorney for Creditor___

**Change for:**
    Notices ONLY <u>X</u>   Payments ONLY___   Notices and Payments___

EFFECTIVE DATE OF CHANGE:    <u>December 17, 2013</u>

Name:        **Burke A. David**
                (Please print)
Prior Address:    1150 Collier Road, NW
                Unit F7
                Atlanta, GA  30318

*********************************************************************

**New Address:**        **201 Mockingbird Lane**
                        **Wimberley, TX  78676**

Change of Address Was Furnished By:   Debtor <u>X</u>   Creditor_____   Attorney _____

Date: December 17, 2013        Signature of Filer: _____
                                Telephone Number: (912) 634-0955

| IF FILED BY ATTORNEY |
|---|

Attorney Name:        Gary Moore
Bar ID:            521050
Address:            Taylor, Odachowski, Schmidt & Crossland
                      300 Oak Street
                      St. Simons Island, GA  31522

Revised August 2012